# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

DONALD DUNN

NO. 2025 KW 0719

**NOVEMBER 3, 2025**

---

In Re:     Donald Dunn, applying for supervisory writs, 19th
           Judicial District Court, Parish of East Baton Rouge, No.
           DC-20-00242.

---

BEFORE:    **LANIER, WOLFE, AND HESTER, JJ.**

   **WRIT DENIED.** Relator pled guilty without reserving the right
to seek review of any pre-plea rulings. Therefore, he cannot
challenge the sufficiency of the State's evidence against him, as
it is well-settled that a valid guilty plea relieves the State of
the burden of proving guilt and waives a defendant's right to
question the merits of the State's case and the factual basis
underlying the conviction, as well as appellate review of the
State's case against defendant. See **State v. Hardy**, 39,233 (La.
App. 2d Cir. 1/26/05), 892 So.2d 710. Furthermore, the attached
documents do not support relator's claim that defense counsel
rendered ineffective assistance during the guilty plea. See
**Strickland v. Washington**, 466 U.S. 668, 104 S.Ct. 2052, 80 L.Ed.2d
674 (1984); see also **State v. West**, 2009-2810 (La. 12/10/10), 50
So.3d 148, 149 (*per curiam*). Accordingly, the district court did
not abuse its discretion by denying the application for
postconviction relief.

                         WIL
                         EW
                         CHH

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
     FOR THE COURT